# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MONTREAL HUNT                                              PLAINTIFF

v.                          No: 4:17-cv-696 DPM

DOC HOLLADAY, Jail Administrator,
Pulaski County Regional Detention Facility                 DEFENDANT

## JUDGMENT

Hunt's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

26 January 2018